# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

**I acknowledge receipt of the notice of assignment showing my case:**

Case Number | 16-55917

Case Title | ABS Entertainment, Inc., et al v. CBS Corporation, et al

**assigned for hearing:**

Date | 11/9/2017    Time | 9:00 a.m.    Courtroom | 3

Location | Pasadena

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

Name | Robert E. Allen

Phone | (213) 694-1044    Email Address | rallen@mckoolsmithhennigan.com

Party/parties represented | Appellants

Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue |

Special needs you may require in the courtroom |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

◉ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

Signature (use "s/" format) | /s/ Robert E. Allen    Date | 09/21/2017

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/ Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or, if exempt from electronic filing-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250